IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **TALITA MILLER et al** <br> Individually And On Behalf Of <br> All Others, <br><br>     Plaintiffs, <br><br> vs. <br><br> **QUEST DIAGNOSTICS** <br><br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )   Case No.: 2:14-cv-04278-SRB <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure the parties hereby stipulate to dismissing this action without prejudice.

Respectfully submitted,

By: /s/ Jayson A. Watkins
Jayson A. Watkins MO #61434
Charles Jason Brown MO #49952
Brown & Associates LLC
301 S. US 169 Hwy
Gower Missouri 64454
Tel: 816-505-4529
Fax: 816-424-1337
brown@brownandwatkins.com
watkins@brownandwatkins.com
ATTORNEYS FOR PLAINTIFF

By: /s/ <u>Charles E. Reis, IV</u>
Charles E. Reis, IV #32535
Amy L. Nixon #53233
Andrew C. Johnson #60632
LITTLER MENDELSON, P.C.
One Metropolitan Square
211 North Broadway, Suite 1500
St. Louis, MO 63102
Telephone: 314.659.2000
Facsimile: 314.659.2099
creis@littler.com
anixon@littler.com
anjohnson@littler.com

Attorneys for Defendant
QUEST DIAGNOSTICS